# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **Ali Soltanshahi,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 4:09-cv-00911 TIA |
| **Herbert Detjen,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On June 10, 2009, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Northern Division case. Therefore, a Northern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Audrey G. Fleissig, United States Magistrate Judge.

Dated this 11th day of June, 2009.

                                                JAMES G. WOODWARD
                                                Clerk of Court

                                                By: /s/ Karen Moore
                                                Deputy Clerk

**In all future documents filed with the Court, please use the following case number:
2:09-cv-0027-AGF.**